**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Anthony Moore, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RE MISCELLANEOUS** |
| ) | **MOTIONS** |
| vs. ) | |
| ) | |
| Leann Bertsch, Timothy Schuetzle, Shaun ) | |
| Fode, Wade Strand, Deven Hiasy, ) | |
| Kathleen Bachmeier, John J. Hagan, ) | |
| Robert Heier, and Jason Braggee, in their ) | |
| individual and official capacities, ) | Case No. 1:09-cv-027 |
| ) | |
| Defendants. ) | |

Plaintiff's motions to attach exhibits and for copies of the exhibits (Doc Nos. 7 & 11) are **GRANTED**. The exhibits will be considered part of the complaint and the clerk shall either return the exhibits after they have been electronically scanned or provide copies to Moore, if the clerk has not already done so. Plaintiff's motion at Doc. No 8 is **DENIED** as being **MOOT** since Moore has since provided the information for which additional time was requested.

Dated this 1st day of July, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge